B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Columbia

In re __NAFFCCA, Inc._____, Case No. _____

                       Debtor             Chapter __11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Social Work PRN**<br>10680 Barkley<br>Suite 100<br>Overland Park, KS 66212 | | | | $67,261.58 |
| **Embassy Tax Services, LLC**<br>Ol Court Road<br>Suite 206<br>Baltimore, MD 21208 | | | | $25,258.81 |
| **ADT Security Services, Inc.**<br>c/o Richard M. Kind<br>One Church Lane<br>Baltimore, MD 21208 | | | | $24,095.18 |
| **Ager Road Station Apartments**<br>5720 29th Avenue<br>Hyattsville, MD 20782 | | | | $23,644.50 |
| **KForce Professional Staffing**<br>c/o Baylinson, Kudysh & Greenberg<br>303 S. Main Street, Lower Level<br>Mt. Airy, MD 21771 | | | | $21,470.00 |
| **Pepco**<br>c/o Capitol Recovery Service, LLC<br>P.O. Box 11598<br>Jacksonville, FL 32239-1598 | | | | $20,343.25 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **NAFFCCA, Inc.**                                   , Case No. _____
         Debtor                                            Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Cooper Crossing**<br>4023 Coopers Lane<br>Landover, MD 20784 | | | | $19,202.64 |
| **First Insurance Funding, Corp.**<br>c/o Murphy Loman & Associates<br>P.O. Box 2206<br>Des Plaines, IL 60017-2206 | | | | $17.088.12 |
| **AMS**<br>P.O. Box 9050<br>San Jose, CA 95161-9050 | | | | $14,244.89 |
| **Cypress Creek Realty**<br>c/o Fair Collections & Outsourcing<br>Department 677<br>P.O. Box 4115<br>Concord, CA 94524 | | | | $11,815.89 |
| **Verizon**<br>c/o Harvard Collections Services, Inc.<br>4839 Elston Avenue<br>Chicago, IL 60630-2534 | | | | $9,571.07 |
| **Frank Emmet Real Estate, Inc.**<br>8609 Second Avenue<br>Suite 502<br>Silver Spring, MD 20910-3362 | | | | $9,360.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **NAFFCCA, Inc.**                            , Case No. _____
            Debtor                                   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Jefferson Apartments**<br>1310 M Street, N.W.<br>Washington, D.C. 20005 | | | | $4,500.00 |
| **Xerox Corp**<br>c/o RMS<br>4836 Brecksville Rd.<br>P.O. Box 523<br>Richfield, OH 44286 | | | | $4.239.72 |
| **Washington Overlook**<br>3502 C.J. Barney Drive, N.E.<br>Washington, D.C. 20018 | | | | $4,002.00 |
| **Overlook Apartments**<br>1507 Ray Road<br>Hyattsville, MD 20782 | | | | $2,225.00 |
| **Verizon**<br>c/o NCO Financial Systems, Inc.<br>P.O. Box 15630<br>Dept 99<br>Wilmington, DE 19850 | | | | $1,612.12 |
| **Temporary Staffing, Inc.**<br>2127 Espey Court<br>Suite 306<br>Crofton, MD 21114-2491 | | | | $1,148.40 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **NAFFCCA, Inc.**  ,  Case No. _____
         Debtor                                                   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Lightwave** 4330 E. West Hwy Bethesda, MD 20814 | | | | **$1,020.54** |
| **Horning Brothers** 1350 Connecticut Ave., N.W. Suite 800 Washington, D.C. 20036 | | | | **$975.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Louis H. Henderson, President/CEO of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **7/28/2008**         Signature: **s/ Louis H. Henderson**

**Louis H. Henderson ,President/CEO**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.