# United States Bankruptcy Court
# District of Columbia

In re  **NAFFCCA, Inc.**                                          Case No.

         Debtor.                                                      Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **NAFFCCA, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

    **X**     All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **Louis H. Henderson**<br>5505 5th Street, N.W.<br>Washington, D.C. 2001 | **100%** |

OR,

_____ There are no entities to report.

By **/s/ Wendell W. Webster**
**Wendell W. Webster**
Signature of Attorney

Counsel for    **NAFFCCA, Inc.**
Bar no.:    **245696 (DC)**
Address.:    **Webster, Fredrickson, Henrichsen, etal.**
                 **1775 K Street, N.W.**
                 **Suite 600**
                 **Washington, D.C. 20006**
Telephone No.: **(202) 659-8510**
Fax No.:    **(202) 659-4082**
E-mail address: **awilson@wfb-law.com**