B6A (Official Form 6A) (12/07)

In re: **NAFFCCA, Inc.**,  Case No. _____
                **Debtor**                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 20368 Beaver Dam Rd. Beaverdam, VA 23015 | Fee Owner | | $ 215,000.00 | $ 138,990.12 |
| 2629 South Dakota Ave., N.E. Washington, D.C. 20018 | Fee Owner | | $ 235,000.00 | $ 239,191.11 |
| 2910 Clinton Street, N.E. Washington, D.C. 20018 | Fee Owner | | $ 250,000.00 | $ 167,533.86 |
| 2953 Mills Ave., S.E. Washington, D.C. 20018 | Fee Owner | | $ 425,000.00 | $ 241,766.63 |
| 5505-5509 5th Street, N.W. Washington, D.C. 20011 | Fee Owner | | $2,866,000.00 | $1,575,037.18 |
| | | Total ➢ | $3,991,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **NAFFCCA, Inc.** _____,     **Case No.** _____
               **Debtor**                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Wachovia Non-Profit Checking** | | **3,999.02** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Computers, DVDs, Televisions** | | **1,575.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Exercise Equipment** | | **2,000.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **NAFFCCA, Inc.**,      Case No. _____
            Debtor                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Cadillac Escalade** | | **9,195.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1987 Chevrolet Step Van** | | **300.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford E150** | | **2,440.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Econoline Wagon** | | **4,995.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks, File Cabinets, Chairs, Tables** | | **1,500.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Copier** | | **3,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **NAFFCCA, Inc.**                          ,        **Case No.** _____
                          **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached      Total ➢ | | **$ 29,004.02** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re  **NAFFCCA, Inc.**                                ,                    Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10502114335600<br>Chase<br>P.O. Box 78067<br>Phoenix, AZ 85062-8067 | | | Security Agreement<br>2005 Cadillac Escalade<br>_____<br>VALUE $9,195.00 | | | | 27,000.00 | 0.00 |
| ACCOUNT NO.<br>City First Bank of D.C., N.A.<br>c/o Oppenheimer, Fleischer & Quiggle<br>7700 Old Georgetown Rd<br>Bethesda, MD 20814-6100 | | | Deed of Trust<br>2629 South Dakota Ave., N.E.<br>Washington, D.C. 20018<br>_____<br>VALUE $235,000.00 | | | | 239,191.11 | 0.00 |
| ACCOUNT NO.<br>City First Bank of D.C., N.A.<br>c/o Oppenheimer, Fleischer & Quiggle<br>7700 Old Georgetown Rd<br>Bethesda, MD 20814-6100 | | | Deed of Trust<br>2910 Clinton Street, N.E.<br>Washington. D.C. 20018<br>_____<br>VALUE $250,000.00 | | | | 167,533.86 | 0.00 |
| ACCOUNT NO.<br>City First Bank of D.C., N.A.<br>c/o Oppenheimer, Fleischer & Quiggle<br>7700 Old Georgetown Rd.<br>Bethesda, MD 20814-6100 | | | Deed of Trust<br>2953 Mills Ave., S.E.<br>Washington, D.C. 20018<br>_____<br>VALUE $425,000.00 | | | | 241,766.53 | 0.00 |

_1_  continuation sheets attached

Subtotal ➤
(Total of this page)                                       $ **675,491.50**   $ **0.00**

Total ➤
(Use only on last page)                                    $                  $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **NAFFCCA, Inc.**                ,        Case No. _____
                **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00000035643593<br>**Ford Motor Credit Company**<br>P.O. Box 17948<br>Greenville, SC 29606-7948 | | | **Security Agreement**<br>**2003 Ford E150**<br>_____<br>**VALUE $2,440.00** | | | | 8,067.14 | 0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA | | | **Real Property**<br>_____<br>**VALUE $0.00** | | | X | 1,913,120.07 | 0.00 |
| ACCOUNT NO.<br>**United Bank**<br>P.O. Box 298<br>Dunbar, WV 25064 | | | **Deed of Trust**<br>5505 5th Street, N.W.<br>Washington, D.C. 20011<br>_____<br>**VALUE $2,250,000.00** | | | | 1,575,037.18 | 0.00 |
| ACCOUNT NO. 67000600<br>**Virginia Community Bank**<br>P.O. Box 888<br>Louisa, VA 23093-0888 | | | **Deed of Trust**<br>20368 Beaverdam Rd.<br>_____<br>**VALUE $250,000.00** | | | | 138,990.12 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$ 3,635,214.51   $ 0.00

Total ➤
(Use only on last page)

$ 4,310,706.01   $ 0.00

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **NAFFCCA, Inc.**                                                                 Case No. _____
                          Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re **NAFFCCA, Inc.**, Case No. _____
Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 52-1918341<br>**Department of Employment Services**<br>**P.O. Box 96664**<br>**Washington, D.C. 20090-6664** | | | | | | | 1,997.09 | 1,997.09 | 0.00 |
| ACCOUNT NO. 3612<br>**Hanover County Treasurer**<br>**P.O. Box 200**<br>**Handover, VA 23069** | | | | | | | 1,180.32 | 1,180.32 | 0.00 |
| ACCOUNT NO. 52-1918341<br>**Internal Revenue Service**<br>**31 Hopkins Plaza**<br>**Baltimore, MD 21201** | | | | | | | 4,068.67 | 4,068.67 | 0.00 |
| ACCOUNT NO. 486538<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | | | | | X | 397,175.06 | 397,175.06 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▸ (Totals of this page) $ **404,421.14** $ **404,421.14** $ **0.00**

Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **404,421.14**

Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **404,421.14** $ **0.00**

B6F (Official Form 6F) (12/07)

In re **NAFFCCA, Inc.**_____,                                   Case No. _____
                          **Debtor**                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ADT Security Services, Inc.**<br>**c/o Richard M. Kind**<br>**One Church Lane**<br>**Baltimore, MD 21208** | | | | | | | **24,095.18** |
| ACCOUNT NO.<br>**Ager Road Station Apartments**<br>**5720 29th Avenue**<br>**Hyattsville, MD 20782** | | | | | | | **23,644.50** |
| ACCOUNT NO. **22403**<br>**AMS**<br>**P.O. Box 9050**<br>**San Jose, CA 95161-9050** | | | | | | | **14,244.89** |
| ACCOUNT NO. **0590139203001**<br>**AT&T**<br>**c/o Fidelity National Credit Services**<br>**P.O. Box 3051**<br>**Orange, CA 92857** | | | | | | | **407.04** |
| ACCOUNT NO.<br>**Collins Elevator Service, Inc.**<br>**800 Hamlin Street, N.E.**<br>**Washington, D.C. 20017** | | | | | | | **132.19** |

<u>5</u>  Continuation sheets attached

                                                                           Subtotal ▶  $ **62,523.80**

                                                                           Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **NAFFCCA, Inc.**,                                           Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cooper Crossing** <br> **4085 Warner Ave.** <br> **Hyattsville, MD 20784-1906** | | | | | | | **19,202.64** |
| ACCOUNT NO. <br> **Cypress Creek Realty** <br> **c/o Fair Collections & Outsourcing** <br> **Department 677** <br> **P.O. Box 4115** <br> **Concord, CA 94524** | | | | | | | **11,815.89** |
| ACCOUNT NO. <br> **DCWASA** <br> **P.O. Box 97200** <br> **Washington, D.C. 20090** | | | | | | | **691.15** |
| ACCOUNT NO. <br> **District of Columbia Government** <br> **c/o Professional Account Management** <br> **P.O. Box 37038** <br> **Washington, D.C. 20013-7038** | | | | | | | **375.00** |
| ACCOUNT NO. <br> **Embassy Tax Services, LLC** <br> **3723 Old Court Road** <br> **Suite 206** <br> **Baltimore, MD 21208** | | | | | | | **25,258.81** |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **57,343.49**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **NAFFCCA, Inc.** ,  Case No. _____
        **Debtor**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 06634-0001-0813700 **First Insurance Funding, Corp.** c/o Murphy Loman & Associates P.O. Box 2206 Des Plaines, IL 60017-2206 | | | | | | | 17,088.12 |
| ACCOUNT NO. **Frank Emmet Real Estate, Inc.** 8609 Second Avenue Suite 502 Silver Spring, MD 20910-3362 | | | | | | | 9,360.00 |
| ACCOUNT NO. **Horning Brothers** 1350 Connecticut Ave., N.W. Suite 800 Washington, D.C. 20036 | | | | | | | 975.00 |
| ACCOUNT NO. 486538 **Internal Revenue Service** P.O. Box 21126 Philadelphia, PA 19114 | | | | | | X | 77,692.45 |
| ACCOUNT NO. **Jefferson Apartments** 1310 M Street, N.W. Washington, D.C. 20005 | | | | | | | 4,500.00 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **109,615.57**

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **NAFFCCA, Inc.**,                                                                 Case No. _____
                               Debtor                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 235488<br>**KForce Professional Staffing**<br>**c/o Baylinson, Kudysh & Greenberg**<br>**303 S. Main Street, Lower Level**<br>**Mt. Airy, MD 21771** | | | | | | | 21,470.00 |
| ACCOUNT NO.<br>**Lightwave**<br>**4330 E. West Hwy**<br>**Bethesda, MD 20814** | | | | | | | 1,020.54 |
| ACCOUNT NO.<br>**Orkin Pest Control**<br>**c/o Goodwin & Bryan, LLP**<br>**P.O. Box 221406**<br>**Cleveland, OH 44122** | | | | | | | 211.52 |
| ACCOUNT NO.<br>**Overlook Apartments**<br>**1507 Ray Road**<br>**Hyattsville, MD 20782** | | | | | | | 2,225.00 |
| ACCOUNT NO.<br>**Pepco**<br>**c/o Capitol Recovery Service, LLC**<br>**P.O. Box 11598**<br>**Jacksonville, FL 32239-1598** | | | | | | | 20,343.25 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **45,270.31**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **NAFFCCA, Inc.**, Case No. _____
             Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 300582657<br>Quill Corporation<br>c/o Lathrop & Gage DC, PLLC<br>Franklin Square, Suite 1050 East<br>1300 Eye Street, NW<br>Washington, D.C. 20005 | | | | | | | 678.73 |
| ACCOUNT NO. 457051<br>Rollins, Inc.<br>c/o Infinity Group Receivables<br>2425 Commerce Ave.<br>Building 2100, Suite 150<br>Duluth, GA 30096 | | | | | | | 158.64 |
| ACCOUNT NO. 140738<br>Social Work PRN<br>10680 Barkley<br>Suite 100<br>Overland Park, KS 66212 | | | | | | | 67,261.58 |
| ACCOUNT NO. 3188<br>Temporary Staffing, Inc.<br>2127 Espey Court<br>Suite 306<br>Crofton, MD 21114-2491 | | | | | | | 1,148.40 |
| ACCOUNT NO.<br>Verizon<br>c/o NCO Financial Systems, Inc.<br>P.O. Box 15630<br>Dept 99<br>Wilmington, DE 19850 | | | | | | | 1,612.12 |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **70,859.47**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **NAFFCCA, Inc.**, Case No. _____
                   Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Verizon**<br>**c/o Harvard Collections Services, Inc.**<br>**4839 Elston Avenue**<br>**Chicago, IL 60630-2534** | | | | | | | 9,571.07 |
| ACCOUNT NO.<br>**Washington Gas**<br>**P.O. Box 830036**<br>**Baltimore, MD 21283-0036** | | | | | | | 820.94 |
| ACCOUNT NO.<br>**Washington Overlook**<br>**3502 C.J. Barney Drive, N.E.**<br>**Washington, D.C. 20018** | | | | | | | 4,002.00 |
| ACCOUNT NO.<br>**Xerox Corp**<br>**c/o RMS**<br>**4836 Brecksville Rd.**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | | | | | | | 4,239.72 |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **18,633.73**

Total ➢ $ **364,246.37**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: __NAFFCCA, Inc._____,   Case No. _____
                     Debtor                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dr. Henry Wicker**<br>**5505 5th Street, N.W.**<br>**Washington, D.C. 20011** | **Lease** |
| **Dr. William Milton**<br>**5505 5th Street, N.W.**<br>**Washington, D.C. 20011** | **Lease** |
| **Veterans Group**<br>**5505 5th Street, N.W.**<br>**Washington, D.C. 20011** | **Lease** |

**B6H (Official Form 6H) (12/07)**

In re: **NAFFCCA, Inc.**                                  ,     Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**District of Columbia**

In re: **NAFFCCA, Inc.**                                              Case No. _____

                                                                      Chapter  **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:                    $   **1,420,000.00**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2. Gross Monthly Income:                                                         $   **118,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)              $    **22,000.00**
   4. Payroll Taxes                                                **0.00**
   5. Unemployment Taxes                                           **0.00**
   6. Worker's Compensation                                        **0.00**
   7. Other Taxes                                                  **0.00**
   8. Inventory Purchases (Including raw materials)                **0.00**
   9. Purchase of Feed/Fertilizer/Seed/Spray                       **0.00**
 10. Rent (Other than debtor's principal residence)             **34,000.00**
 11. Utilities                                                   **6,068.00**
 12. Office Expenses and Supplies                                    **0.00**
 13. Repairs and Maintenance                                       **500.00**
 14. Vehicle Expenses                                            **2,000.00**
 15. Travel and Entertainment                                        **0.00**
 16. Equipment Rental and Leases                                     **0.00**
 17. Legal/Accounting/Other Professional Fees                   **2,000.00**
 18. Insurance                                                   **3,533.00**
 19. Employee Benefits (e.g., pension, medical, etc.)                **0.00**
 20. Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):
    **None**
 21. Other (Specify):
    **None**

 22. Total Monthly Expenses (Add items 3 - 21)                                 $    **70,101.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)                  $    **47,899.00**

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District of Columbia

In re **NAFFCCA, Inc.**,
              Debtor

Case No. _____

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 3,991,000.00 | | |
| B - Personal Property | YES | 3 | $ 29,004.02 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 4,310,706.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 404,421.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 364,246.37 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 16 | $ 4,020,004.02 | $ 5,079,373.52 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## District of Columbia

In re **NAFFCCA, Inc.** ,     Case No. _____

               Debtor     Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 404,421.14 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 404,421.14 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 404,421.14 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $364,246.37 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $364,246.37 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **NAFFCCA, Inc.**                                                                                          Case No. _____
                                    **Debtor**                                                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Louis H. Henderson**, the **President/CEO** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **8/12/2008**                               Signature:   **s/ Louis H. Henderson**
                                                                             **Louis H. Henderson President/CEO**
                                                                             [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*