**U.S. Trustee Basic Monthly Operating Report**

Case Name: NAFFCCA, INC.                Date Filed: July 28th 2008

Case Number: 08-00514                   SIC Code: _____

Month (or portion) covered by this report: July 28th - July 31st 2008

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_                           9/22/08

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    DATE REPORT SIGNED

Louis H. Henderson

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☑ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

| | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☑ | ☐ |

**TAXES**

1

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** 25000

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** 6987

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)    25000
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)    6987

(Subtract The Total from Exhibit C from the Total of Exhibit B)
**CASH PROFIT FOR THE MONTH**    18013

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** 31825

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** -0-

(EXHIBIT E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    9
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    9

## PROFESSIONAL FEES

2

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | -0- |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | -0- |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | -0- |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | -0- |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | -0- |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | -0- |

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | 25000 |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | 25000 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | -0- |
| PROJECTED EXPENSES FOR THE MONTH: | 6987 |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | 6987 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | -0- |
| PROJECTED CASH PROFIT FOR THE MONTH: | -0- |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | 18013 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | 18013 |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

3

US Trustee Basic Monthly Operating Report
For Case #08-00514
NAFFCCA, Inc.
July 28th – July 31st 2008

## EXHIBIT A

Past due post petition tax obligations to be filed by August 15th, 2008:

Federal Form 941 4th Qtr2007
Federal Form 941 1st Qtr2008
Federal Form 941 2nd Qtr2008

## EXHIBIT C

| Date | Description | Amount |
|---|---|---|
| 7/30/08 | Harland Clark-Debtor in Possession Operating Checks | $ 94 |
| 7/30/08 | Sprint – Wireless Phone Service | $1,250 |
| 7/30/08 | Petty Cash – Misc Supplies | $ 300 |
| 7/31/08 | Tanya B. Trusdale – Business Development | $1,000 |
| 7/31/08 | Clarice Wilkins – Business Development | $ 800 |
| 7/31/08 | Kevin Rhodes – Building Maint | $ 400 |
| 7/31/08 | Darcars – Vehicle Repairs | $3,143 |

## EXHIBIT D

| Date | Description | Amount |
|---|---|---|
| 7/30/08 | Summer Youth Program Staff –due 8/31/08 | $12,277 |
| 7/30/08 | Operational Staff-due 8/15/08 | $10,950 |
| 7/30/08 | Youthbuild Stipends-due 8/15/08 | $ 1,960 |
| 7/30/08 | Pepco –electricity cost-due 8/07/08 | $ 5,844 |
| 7/30/08 | DCWASA-water and sewer cost-due 8/7/08 | $ 794 |

**National Association of Former Foster
Care Children of America, Inc.
T/A NAFFCCA
5505 5TH Street, NW
Washington DC  20011**

**Schedule of Income and Expenses
For the Period July 28th - July 31st 2008**

**EXHIBIT B**

**Income:**

| | | |
|---|---:|---:|
| Grants Receipts (G.E.D Prgrm) | $ 25,000.00 | |
| Other Receipts | $ 5.42 | |
| **Total Receipts** | | $ 25,005.42 |

**Direct Cost:**

| | | |
|---|---:|---:|
| Salaries and Wages | $ - | |
| Sub-Contractors | $ - | |
| Program Supplies | $ - | |
| Repairs and Maint | $ - | |
| Transportation | $ - | |
| Occassional Labor | $ - | |
| Program Stipends | $ - | |
| Other Direct Cost | $ 300.00 | |
| **Total Direct Cost** | | $ 300.00 |
| **Gross Income** | | **$ 24,705.42** |

**Indirect Cost:**

*Overhead*

| | | |
|---|---:|---:|
| Salaries and Wages | $ - | |
| Payroll Taxes | $ - | |
| Office Rent | $ - | |
| Communications Cost | $ 1,249.55 | |
| Insurance | $ - | |
| Repairs and Maint(bldg) | $ 400.00 | |
| Repairs and Maint(eqpmnt) | $ 3,143.29 | |
| Office Supplies | $ - | |
| Business Development | $ 1,800.00 | |
| Other Overhead Cost | $ - | |
| **Total Overhead Cost** | | $ 6,592.84 |

*General and Administrative*

| | | |
|---|---:|---:|
| Salaries and Wages | $ - | |
| Legal and Accounting | $ - | |
| Office Expense | $ 94.00 | |
| Interest | $ - | |
| Bank Service Charges | $ - | |
| Other G&A Cost | $ - | |
| **Total G&A Cost** | | $ 94.00 |
| **Total Indirect Cost** | | $ 6,686.84 |
| **Net Income** | | **$ 18,018.58** |

**NATIONAL BANK**
1130 Connecticut Avenue, NW Suite 200
Washington, D.C. 20036
www.adamsbank.com
p: 202-772-3600
f: 202-659-3719

```
                                    ACCOUNT:           60482801    07/31/2008
                                    DOCUMENTS:               15

                                                           PAGE:    1
```

```
NATIONAL ASSN OF FORMER FOSTER
CARE CHILDREN OF AMERICA, INC
LOUIS HAYWARD HENDERSON
5505 5TH STREET NW SUITE 500
WASHINGTON DC  20011
```

*Debtor-in-Possession*

```
================================================================================
CHINATOWN OFFICE                         TELEPHONE:202-772-3660
802 7TH STREET, NW
WASHINGTON, DC 20001
================================================================================
    AVOID THE RISK OF MARKET FLUCTUATIONS WITH THE GUARANTEED RETURN OF A
     CERTIFICATE OF DEPOSIT.  PLEASE SEE THE ENCLOSED INSERT IF YOU ARE
    INTERESTED IN RECEIVING UP TO $50 MILLION IN F.D.I.C. INSURANCE ON CD'S
          PURCHASED USING THE C.D.A.R.S. PLACEMENT PROGRAM.

================================================================================
                    NONPROFIT NOW ACCOUNT 60482801
================================================================================
         DESCRIPTION        DEBITS          CREDITS      DATE         BALANCE

ACCOUNT OPENED .......................................  07/17/08
DEPOSIT                                     2,856.00    07/17/08        2,856.00
DEPOSIT                                    17,142.85    07/18/08       19,998.85
DEPOSIT                                     1,879.00    07/21/08       21,877.85
DEPOSIT                                    17,142.85    07/21/08       39,020.70
CHECK                       875.00                      07/22/08       38,145.70
CHECK                     1,100.00                      07/22/08       37,045.70
CHECK                     1,760.00                      07/22/08       35,285.70
CHECK                     3,000.00                      07/22/08       32,285.70
CHECK                     1,100.00                      07/22/08       31,185.70
CHECK #  603447             800.00                      07/23/08       30,385.70
CHECK                       749.00                      07/23/08       29,636.70
CHECK                     1,340.00                      07/23/08       28,296.70
CHECK                     2,109.60                      07/23/08       26,187.10
CHECK #  603453             240.00                      07/25/08       25,947.10
CHECK #  603454             300.00                      07/25/08       25,647.10
CHECK                     2,000.00                      07/25/08       23,647.10
CHECK #  603455             375.55                      07/28/08       23,271.55
CHECK #  603456             874.00                      07/28/08       22,397.55
CHECK #  603452              27.00                      07/29/08       22,370.55
DEPOSIT                                    25,000.00    07/30/08       47,370.55
HARLAND CLARKE CHK ORDERS 023 08210050470
                             94.00                      07/30/08       47,276.55
INTEREST                                        5.42    07/31/08       47,281.97
                       * * * C O N T I N U E D * * *
```

**NATIONAL BANK**
1139 Connecticut Avenue, NW Suite 200
Washington, D.C. 20036
www.adamsbank.com
p: 202-772-3600
f: 202-639-3710

ACCOUNT:       60482801
DOCUMENTS:           15

PAGE:       2
07/31/2008

NATIONAL ASSN OF FORMER FOSTER

==========================================================================
                      NONPROFIT NOW ACCOUNT 60482801
==========================================================================
       DESCRIPTION           DEBITS         CREDITS    DATE         BALANCE

BALANCE THIS STATEMENT .............................. 07/31/08     47,281.97

TOTAL CREDITS       (6)     64,026.12   MINIMUM BALANCE             2,856.00
TOTAL DEBITS       (16)     16,744.15   AVG AVAILABLE BALANCE      21,492.61
                                        AVERAGE BALANCE            26,379.71

==========================================================================
                         YOUR CHECKS SEQUENCED
==========================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT
07/22        *       875.00 07/23        *       749.00 07/29    603452       27.00
07/22        *     1,100.00 07/23        *     1,340.00 07/25    603453      240.00
07/22        *     1,100.00 07/23        *     2,109.60 07/25    603454      300.00
07/22        *     1,760.00 07/25        *     2,000.00 07/28    603455      375.55
07/22        *     3,000.00 07/23    603447*     800.00 07/28    603456      874.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

            - - - - - - - - - I N T E R E S T - - - - - - - - -

AVERAGE LEDGER BALANCE:          26,379.71   INTEREST EARNED:                   5.42
INTEREST PAID THIS PERIOD:            5.42   DAYS IN PERIOD:                      15
INTEREST PAID 2008:                   5.42   ANNUAL PERCENTAGE YIELD EARNED:    .50%

          - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

                                         THIS PERIOD        YEAR TO DATE
        NSF PAID ITEM FEE:                     .00                 .00
        NSF RETURNED ITEM FEE:                 .00                 .00
        OVERDRAFT FEES:                        .00                 .00