# U.S. Trustee Basic Monthly Operating Report

Case Name: **NAFFCCA, Inc.**    Date Filed: **July 28th 2008**

Case Number: **08-00514**    SIC Code: _____

Month (or portion) covered by this report: **August 2008**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_    **9/22/08**

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    DATE REPORT SIGNED

**Louis H. Henderson**

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| # | Question | Yes | No |
|---|---|---|---|
| 1 | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 5 | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 6 | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 8 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9 | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 12 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 13 | DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14 | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 16 | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☑ | ☐ |

**TAXES**

1

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** 69884

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES** 78199

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)    69884
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)    78199
(Subtract The Total from Exhibit C from the Total of Exhibit B)
**CASH PROFIT FOR THE MONTH** (8315)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** 78,390

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** -0-

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    9
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    5

## PROFESSIONAL FEES

2

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | -0- |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | -0- |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | 2,790 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | 2,790 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 2,790 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | 2,790 |

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | 54428 |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | 69884 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | 15456 |
| PROJECTED EXPENSES FOR THE MONTH: | 65703 |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | 78199 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | 12496 |
| PROJECTED CASH PROFIT FOR THE MONTH: | -0- |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | -0- |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | -0- |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

US Trustee Basic Monthly Operating Report
For Case #08-00514
NAFFCCA, Inc.
August 1st – August 31st 2008

## EXHIBIT A

Past due post petition tax obligations:

Federal Form 941 4th Qtr2007 = $24,320
Federal Form 941 1st Qtr2008 = $14,118
Federal Form 941 2nd Qtr2008 = $15,426

## EXHIBIT D

| Date | Description | Amount |
|---|---|---|
| 8/15/08 | Federal Payroll Related Taxes-due 8/31/08 | $53,864 |
| 8/15/08 | Operational Staff-due 8/30/08 | $11,980 |
| 8/15/08 | Youthbuild Stipends-due 8/30/08 | $ 960 |
| 8/10/08 | Youthbuild Drug Screening-due 8/25/08 | $ 170 |
| 8/15/08 | DCWASA-water and sewer cost-due 9/7/08 | $ 739 |
| 8/20/08 | Alliance Insurance – 9/18/08 | $10,280 |
| 8/30/08 | Internet Service-9/03/08 | $ 397 |
| | | $78,390 |

National Association of Former Foster
Care Children of America, Inc.
T/A NAFFCCA
5505 5TH Street, NW
Washington DC  20011

Schedule of Income and Expenses
For the Period August 1 - August 31, 2008

**EXHIBIT B**

**Income:**

| | | |
|---|---:|---:|
| Grants Receipts | $ 54,428.55 | |
| Other Receipts | $ 15,455.12 | |
| **Total Receipts** | | $ 69,883.67 |

**Direct Cost:**

| | | |
|---|---:|---:|
| Salaries and Wages | $ 11,412.12 | |
| Sub-Contractors | $ 5,760.00 | |
| Professional Fees | $ 8,000.00 | |
| Program Supplies | $ 384.72 | |
| Repairs and Maint | $ - | |
| Transportation | $ 1,735.60 | |
| Communications Cost | $ 890.86 | |
| Occassional Labor | $ - | |
| Program Stipends | $ 2,825.75 | |
| Other Direct Cost | $ 1,134.00 | |
| **Total Direct Cost** | | $ 32,143.05 |
| **Gross Income** | | $ 37,740.62 |

**Indirect Cost:**

Overhead

| | | |
|---|---:|---:|
| Salaries and Wages | $ 7,947.50 | |
| Payroll Taxes | $ - | |
| Office Rent | $ 10,000.00 | |
| Communications Cost | $ 1,179.04 | |
| Transportation Cost | $ 3,227.38 | |
| Insurance | $ 3,161.00 | |
| Repairs and Maint(bldg) | $ 1,533.47 | |
| Repairs and Maint(eqpmnt) | $ 1,388.00 | |
| Utilities | $ 11,652.87 | |
| Office Supplies and Expense | $ 961.02 | |
| Other Overhead Cost | $ 960.73 | |
| **Total Overhead Cost** | | $ 42,011.01 |

General and Administrative

| | | |
|---|---:|---:|
| Salaries and Wages | $ 3,000.00 | |
| Legal and Accounting | $ - | |
| Office Expense | $ 315.20 | |
| Interest | $ - | |
| Bank Service Charges | $ 220.40 | |
| Other G&A Cost | $ 508.95 | |
| **Total G&A Cost** | | $ 4,044.55 |
| **Total Indirect Cost** | | $ 46,055.56 |
| **Net Income** | | $ (8,314.94) |

**NAAFFCA**
**Adams National Bank**
**Case #08-00514**

**EXHIBIT C**

| Date | Payee | Check# | Check Amount | |
|---|---|---|---|---|
| 8/5/2008 | Aleathia Adams | 1152 | 2,387.50 | Program Manager |
| | Yvette Thompkins | 1153 | 808.25 | Support Staff |
| | Shirlyn Hallum | 1154 | 1,760.00 | Support Staff |
| | Patricia Fox | 1155 | 1,200.00 | Support Staff |
| | Deneen Price | 1156 | 1,200.00 | Support Staff |
| | Russell Diggs | 1157 | 1,050.00 | Support Staff |
| | Patricia Saunders | 1158 | 1,680.00 | Support Staff |
| | Wachovia Bank | 1159 | 2,000.00 | Youthbuild Stipends |
| | United Bank | CC | 10,000.00 | Note Payment-Office Bldg |
| 8/7/2008 | Ford Motor Credit | EP | 3,008.95 | Note Payment |
| 8/9/2008 | Kevin Rhodes | 1391 | 70.60 | Breakfast Meeting Refreshments |
| | Kevin Rhodes | 1392 | 250.00 | Maint Supplies |
| | Deneen Price | 1393 | 34.42 | Program Supplies |
| | Deneen Price | 1394 | 3,000.00 | Support Staff |
| | Transbeam | 1395 | 390.95 | Internet Service |
| | Pepco | 1396 | 5,014.96 | Electricity Cost |
| | VOID | 1397 | - | |
| | Alliance Member Services | 1398 | 2,000.00 | General Liability Insurance |
| | Kendra Henderson | 1399 | 100.00 | Misc |
| | Kevin Rhodes | 1400 | 25.00 | Fuel for Van |
| 8/12/2008 | VHI, Inc. | 1160 | 1,000.00 | Refuse Removal |
| 8/14/2008 | Spirit Tours and Travel | 1161 | 1,640.00 | Camp to Belong Transportation |
| 8/15/2008 | Louis Henderson | 1162 | 2,000.00 | Compensation to Officer |
| 8/15/2008 | Aleathia Adams | 1163 | 2,200.00 | Program Manager |
| | Shirlyn Hallum | 1164 | 1,600.00 | Support Staff |
| 8/15/2008 | Patricia Saunders | 1165 | 1,680.00 | Support Staff |
| | Deneen Price | 1166 | 1,100.00 | Support Staff |
| | Patricia Fox | 1167 | 1,100.00 | Support Staff |
| | Russell Diggs | 1168 | 1,000.00 | Support Staff |
| | Yvette Thompkins | 1169 | 596.87 | Support Staff |
| | Louis Henderson | 1170 | 1,000.00 | Compensation to Officer |
| | Sprint | 1171 | 443.35 | Wireless Phone Service |
| | VOID | 1172 | - | |
| | Yvette Thompkins | 1173 | 400.00 | Support Staff |
| | Patricia Saunders | 1174 | 400.00 | Support Staff |
| | Dewayne Holloway | 1175 | 100.00 | Youth Enrichment Award |
| | Tara Brown | 1176 | 100.00 | Youth Enrichment Award |
| | Jasmine Sharpe | 1177 | 100.00 | Youth Enrichment Award |
| | Aeryke Parker | 1178 | 100.00 | Youth Enrichment Award |
| | Romeo Gaskins | 1179 | 100.00 | Youth Enrichment Award |
| | Rashaad Patterson | 1180 | 100.00 | Youth Enrichment Award |

| Exhibit C | | NAFFCCA, Inc. | | US Trustee Monthly Report |
|---|---|---|---|---|
| | Aaron Adams | 1181 | 70.00 | Youthbuild Stipend |
| | VOID | 1182 | - | |
| | Raphael Braddy | 1183 | 99.00 | Youthbuild Stipend |
| | Gabriel Burke | 1184 | 168.75 | Youthbuild Stipend |
| | Clarence Hodges | 1185 | 164.00 | Youthbuild Stipend |
| | Kiara Fitzpatrick | 1186 | 41.00 | Youthbuild Stipend |
| | Cardell Middlton | 1187 | 87.00 | Youthbuild Stipend |
| | LightWave Communications | 1189 | 362.75 | Office TelePhone Service |
| 8/12/2008 | Around the Clock | 1190 | 100.00 | Locksmith Service |
| | Macro Systems | 1191 | 1,288.00 | Computer Support Services |
| | VHI, Inc | 1192 | 533.47 | Refuse Removal |
| | Deneen Price | 1193 | 350.00 | Supplies for Camp to Belong |
| | Deneen Price | 1194 | 460.73 | Reimburse Petty Cash |
| 8/21/2008 | Sprint | EP | 890.86 | Wireless Phone Service |
| 8/26/2008 | DCWASA | EP | 794.30 | Water and Sewer Cost |
| 8/27/2008 | Camp To Belong | 1195 | 8,000.00 | Membership Fee |
| | Camp Sandy Cove | 1196 | 5,760.00 | Camp to Belong Retreat |
| 8/28/2008 | Pepco | 1197 | 5,843.61 | Electricity Cost |
| | Specialized Computer Solutions | 1198 | 445.07 | Website Updates |
| | **Total Disbursements** | | **78,199.39** | |

```
NATIONAL BANK                                                              PAGE:     1
1150 Connecticut Avenue, NW Suite 200           ACCOUNT:       60482801  08/29/2008
Washington, D.C. 20036                          DOCUMENTS:           50
www.nationalbank.com
p: 202-772-3660
f: 202-659-3779




                    NATIONAL ASSN OF FORMER FOSTER
                    CARE CHILDREN OF AMERICA, INC
                    LOUIS HAYWARD HENDERSON
                    5505 5TH STREET NW SUITE 500
                    WASHINGTON DC  20011




================================================================================
CHINATOWN OFFICE
802 7TH STREET, NW                              TELEPHONE:202-772-3660
WASHINGTON, DC 20001
================================================================================
      AVOID THE RISK OF MARKET FLUCTUATIONS WITH THE GUARANTEED RETURN OF A
      CERTIFICATE OF DEPOSIT.  PLEASE SEE THE ENCLOSED INSERT IF YOU ARE
    INTERESTED IN RECEIVING UP TO $50 MILLION IN F.D.I.C. INSURANCE ON CD'S
           PURCHASED USING THE C.D.A.R.S. PLACEMENT PROGRAM.

================================================================================
                       NONPROFIT NOW ACCOUNT 60482801
================================================================================
           DESCRIPTION              DEBITS       CREDITS      DATE        BALANCE

BALANCE LAST STATEMENT .............................         07/31/08    47,281.97
HarlandBusinessS DlyBus HARLAND922355,2
                                     102.84                  08/04/08    47,179.13
CHECK #  1002                        800.00                  08/04/08    46,379.13
CHECK #  1005                        225.00                  08/04/08    46,154.13
CHECK #  1007                        250.00                  08/04/08    45,904.13
CHECK #  1003                        400.00                  08/04/08    45,504.13
DEPOSIT                                         17,142.85    08/05/08    62,646.98
IPS ACH PROGRAM IPSSTDSETL 023075100103289       2,061.95    08/05/08    64,708.93
MISCELLANEOUS DEBIT               10,000.00                  08/05/08    54,708.93
CHECK #  603451                      200.00                  08/05/08    54,508.93
CHECK #  1001                      1,000.00                  08/05/08    53,508.93
CHECK #  1004                      3,143.29                  08/05/08    50,365.64
IPS ACH PROGRAM IPSSTDSETL 023075100103289       2,061.95    08/06/08    52,427.59
CHECK #  1153                        808.25                  08/06/08    51,619.34
CHECK #  1157                      1,050.00                  08/06/08    50,569.34
CHECK #  1155                      1,200.00                  08/06/08    49,369.34
CHECK #  1154                      1,760.00                  08/06/08    47,609.34
IPS ACH PROGRAM IPSSTDSETL 023075100103289       1,276.35    08/07/08    48,885.69
IPS ACH DEBIT MEDB073108 023075100103289
                                       5.00                  08/07/08    48,880.69
IPS ACH PROGRAM MECR073108 023075100103289
                                      21.64                  08/07/08    48,859.05
CHECK #  1394                      3,000.00                  08/07/08    45,859.05
                         * * *  C O N T I N U E D  * * *
```

```
NATIONAL BANK
                                                                    PAGE:      2
                                        ACCOUNT:         60482801   08/29/2008
                                        DOCUMENTS:             50


                     NATIONAL ASSN OF FORMER FOSTER

==============================================================================
                     NONPROFIT NOW ACCOUNT 60482801
==============================================================================
       DESCRIPTION            DEBITS         CREDITS     DATE        BALANCE

CHECK # 1400                   25.00                    08/07/08     45,834.05
CHECK # 1156                1,200.00                    08/07/08     44,634.05
CHECK # 1158                1,680.00                    08/07/08     42,954.05
CHECK # 1159                2,000.00                    08/07/08     40,954.05
CHECK # 1152                2,387.50                    08/07/08     38,566.55
PhoneCharge Fee 0034258187      3.50                    08/11/08     38,563.05
Verizon By Phone PAYMENT 0038259553
                              343.02                    08/11/08     38,220.03
CHECK # 1392                  250.00                    08/11/08     37,970.03
CHECK # 1396                5,014.96                    08/11/08     32,955.07
DEPOSIT                                    1,216.00     08/12/08     34,171.07
IPS ACH PROGRAM IPSSTDSETL 023075100103289 1,030.85     08/12/08     35,201.92
CHECK # 1151                2,000.00                    08/12/08     33,201.92
CHECK # 1391                   70.60                    08/12/08     33,131.32
CHECK # 1399                  500.00                    08/12/08     32,631.32
CHECK # 1398                2,000.00                    08/12/08     30,631.32
DEPOSIT                                    1,614.25     08/13/08     32,245.57
IPS ACH PROGRAM IPSSTDSETL 023075100103289 1,030.85     08/13/08     33,276.42
CHECK # 1008                  500.00                    08/13/08     32,776.42
IPS ACH PROGRAM IPSSTDSETL 023075100103289 2,061.95     08/14/08     34,838.37
IPS ACH PROGRAM IPSSTDSETL 023075100103289 2,061.95     08/15/08     36,900.32
INTEGRITY PAYMEN PREAUTHPMT IPS EQUIP SWAP
                              125.00                    08/15/08     36,775.32
CHECK # 1393                   34.72                    08/15/08     36,740.60
IPS ACH PROGRAM IPSSTDSETL 023075100103289 1,178.15     08/18/08     37,918.75
CHECK # 1395                  390.95                    08/18/08     37,527.80
CHECK # 1160                1,000.00                    08/18/08     36,527.80
DEPOSIT                                    1,959.00     08/20/08     38,486.80
DEPOSIT                                   34,285.70     08/20/08     72,772.50
08/20 POS PURCHASE 01 BP OIL 0875 WASHINGTON DC
                               74.82                    08/21/08     72,697.68
CHECK # 1168                1,000.00                    08/21/08     71,697.68
CHECK # 1164                1,600.00                    08/21/08     70,097.68
CHECK # 1161                1,640.00                    08/21/08     68,457.68
08/20 POS PURCHASE 25000632 SPRINT RETAIL #175 SILVER
   SPRINGMD                    57.22                    08/22/08     68,400.46
CHECK # 1173                  400.00                    08/22/08     68,000.46
CHECK # 1169                  596.87                    08/22/08     67,403.59
CHECK # 1170                1,000.00                    08/22/08     66,403.59
CHECK # 1166                1,100.00                    08/22/08     65,303.59
CHECK # 1167                1,100.00                    08/22/08     64,203.59
CHECK # 1165                1,680.00                    08/22/08     62,523.59
CHECK # 1162                2,000.00                    08/22/08     60,523.59
CHECK # 1163                2,200.00                    08/22/08     58,323.59
                     * * *  C O N T I N U E D  * * *
```

```
NATIONAL BANK                                                              PAGE:    3
1150 Connecticut Avenue, NW Suite 200          ACCOUNT:       60482801  08/29/2008
Washington, D.C. 20036                         DOCUMENTS:           50
www.adamsbank.com
p: 202-772-3600
f: 202-659-3210


                      NATIONAL ASSN OF FORMER FOSTER

================================================================================
                      NONPROFIT NOW ACCOUNT 60482801
================================================================================
          DESCRIPTION              DEBITS         CREDITS    DATE         BALANCE

08/24 POS PURCHASE LXL EXXONMOBIL 4697 NORTH EAST MD
                                    45.95                  08/25/08      58,277.64
08/23 POS PURCHASE 21000929 SUNOCO SVC STATION TAKOMA
      PARK MD                       49.39                  08/25/08      58,228.25
SPRINT8006396111 ACHBILLPAY 878474114
                                   443.35                  08/25/08      57,784.90
SPRINT8006396111 ACHBILLPAY 850800214
                                   890.86                  08/25/08      56,894.04
KELLY & ASSOC 1 KELLY INS 103685
                                 1,161.00                  08/25/08      55,733.04
CHECK  # 1186                       41.00                  08/25/08      55,692.04
CHECK  # 1181                       70.00                  08/25/08      55,622.04
CHECK  # 1187                       87.00                  08/25/08      55,535.04
CHECK  # 1183                       99.00                  08/25/08      55,436.04
CHECK  # 1178                      100.00                  08/25/08      55,336.04
CHECK  # 1185                      164.00                  08/25/08      55,172.04
CHECK  # 1174                      400.00                  08/25/08      54,772.04
08/24 POS PURCHASE 004 BORDERS BOOKS 0100 SILVER
      SPRINGMD                      73.45                  08/26/08      54,698.59
DCWASA IVR ELEC CHECK 000000088207157
                                   794.30                  08/26/08      53,904.29
CHECK  # 1184                      168.75                  08/26/08      53,735.54
CHECK  # 1193                      350.00                  08/27/08      53,385.54
CHECK  # 1194                      460.73                  08/27/08      52,924.81
CHECK  # 1179                      100.00                  08/28/08      52,824.81
IPS ACH PROGRAM IPSSTDSETL 023075100103289      883.55  08/29/08      53,708.36
INTEREST                                         18.33  08/29/08      53,726.69
SERVICE CHARGE                       6.00                  08/29/08      53,720.69
BALANCE THIS STATEMENT ..............................  08/29/08      53,720.69

TOTAL CREDITS        (15)       69,883.68  MINIMUM BALANCE             30,631.32
TOTAL DEBITS         (66)       63,444.96  AVG AVAILABLE BALANCE       45,979.06
                                           AVERAGE BALANCE             46,146.07

================================================================================
                            YOUR CHECKS SEQUENCED
================================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

08/05    1001     1,000.00  08/04    1005*      225.00  08/07    1152      2,387.50
08/04    1002       800.00  08/04    1007       250.00  08/06    1153        808.25
08/04    1003       400.00  08/13    1008*      500.00  08/06    1154      1,760.00
08/05    1004     3,143.29  08/12    1151     2,000.00  08/06    1155      1,200.00
                        * * * C O N T I N U E D * * *
```



```
NATIONAL BANK                                                      PAGE:     4
                                                  ACCOUNT:     60482801  08/29/2008
                                                  DOCUMENTS:         50
```

NATIONAL ASSN OF FORMER FOSTER

```
==============================================================================
                           YOUR CHECKS SEQUENCED
==============================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

08/07      1156    1,200.00  08/22    1169       596.87  08/27    1194*      460.73
08/06      1157    1,050.00  08/22    1170*    1,000.00  08/12    1391        70.60
08/07      1158    1,680.00  08/22    1173       400.00  08/11    1392       250.00
08/07      1159    2,000.00  08/25    1174*      400.00  08/15    1393        34.72
08/18      1160    1,000.00  08/25    1178       100.00  08/07    1394     3,000.00
08/21      1161    1,640.00  08/28    1179*      100.00  08/18    1395       390.95
08/22      1162    2,000.00  08/25    1181*       70.00  08/11    1396*    5,014.96
08/22      1163    2,200.00  08/25    1183        99.00  08/12    1398     2,000.00
08/21      1164    1,600.00  08/26    1184       168.75  08/12    1399       500.00
08/22      1165    1,680.00  08/25    1185       164.00  08/07    1400*       25.00
08/22      1166    1,100.00  08/25    1186        41.00  08/05    603451     200.00
08/22      1167    1,100.00  08/25    1187*       87.00
08/21      1168    1,000.00  08/27    1193       350.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - I N T E R E S T - - - - - - - - - - -

```
AVERAGE LEDGER BALANCE:         46,146.07  INTEREST EARNED:                  18.33
INTEREST PAID THIS PERIOD:          18.33  DAYS IN PERIOD:                      29
INTEREST PAID 2008:                 23.75  ANNUAL PERCENTAGE YIELD EARNED:    .50%
```

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

```
       TOTAL CHARGE FOR:                                    6.00
```

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

```
                                      THIS PERIOD         YEAR TO DATE
       NSF PAID ITEM FEE:                    .00                  .00
       NSF RETURNED ITEM FEE:                .00                  .00
       OVERDRAFT FEES:                       .00                  .00
```

