## U.S. Trustee Basic Monthly Operating Report

Case Name: __NAFFCCA, Inc.__   Date Filed: __July 28th, 2008__

Case Number: __08-00514__   SIC Code: _____

Month (or portion) covered by this report: __September 2008__

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_   __10/27/08__
**ORIGINAL SIGNATURE OF RESPONSIBLE PARTY**   **DATE REPORT SIGNED**

__Louis H. Henderson__
**PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR**

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

| | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☑ | ☐ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME 30,384

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES 33,598

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)    30,384
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)    33,598

(Subtract The Total from Exhibit C from the Total of Exhibit B)
CASH PROFIT FOR THE MONTH  -3,214

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES 74,890

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  -0-

(EXHIBIT E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    9
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    5

## PROFESSIONAL FEES

2

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | -0- |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | -0- |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | 3,150 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | 5,940 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | 3,150 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | 5,940 |

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | 54428 |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | 30384 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | -24044 |
| PROJECTED EXPENSES FOR THE MONTH: | 65703 |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | 33598 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | 32105 |
| PROJECTED CASH PROFIT FOR THE MONTH: | -0- |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | -0- |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | -0- |

[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]

National Association of Former Foster
Care Children of America, Inc.
T/A NAFFCCA
5505 5TH Street, NW
Washington DC  20011

Schedule of Income and Expenses
For the Period September 1 - September 30, 2008

**EXHIBIT B**

**Income:**

| | | |
|---|---:|---:|
| Grants Receipts | $ 17,142.85 | |
| Office Rent Receipts | $ 3,635.00 | |
| CareerGear Receipts | $ 9,606.00 | |
| **Total Receipts** | | $ 30,383.85 |

**Direct Cost:**

| | | |
|---|---:|---:|
| Salaries and Wages | $ 13,873.00 | |
| Sub-Contractors | $ - | |
| Professional Fees | $ - | |
| Program Supplies | $ 727.10 | |
| Repairs and Maint | $ - | |
| Transportation/Travel | $ 410.00 | |
| Communications Cost | $ - | |
| Occassional Labor | $ - | |
| Program Stipends | $ 1,207.75 | |
| Other Direct Cost | $ 1,089.50 | |
| **Total Direct Cost** | | $ 17,307.35 |
| **Gross Income** | | $ 13,076.50 |

**Indirect Cost:**

Overhead

| | | |
|---|---:|---:|
| Salaries and Wages | $ 2,520.00 | |
| Payroll Taxes | $ - | |
| Office Rent | $ - | |
| Communications Cost | $ 1,798.92 | |
| Transportation/Travel Cost | $ 1,099.92 | |
| Insurance | $ 1,130.51 | |
| Repairs and Maint(bldg) | $ 65.00 | |
| Repairs and Maint(eqpmnt) | $ 494.50 | |
| Utilities | $ - | |
| Office Supplies and Expense | $ - | |
| Other Overhead Cost | $ 2,733.84 | |
| **Total Overhead Cost** | | $ 9,842.69 |

General and Administrative

| | | |
|---|---:|---:|
| Salaries and Wages | $ 6,000.00 | |
| Legal and Accounting | $ - | |
| Office Expense | $ - | |
| Interest | $ - | |
| Bank Service Charges | $ 202.47 | |
| Other G&A Cost | $ 245.00 | |
| **Total G&A Cost** | | $ 6,447.47 |
| **Total Indirect Cost** | | $ 16,290.16 |
| **Net Income** | | $ (3,213.66) |

Exhibit C                       NAFFCCA, Inc.                    US Trustee Monthly Report

**NAAFFCA**
**Adams National Bank**
**Case #08-00514**

**EXHIBIT C**

| Date | Payee | Check# | Check Amount | |
|---|---|---|---|---|
| 9/3/2008 | Kevin Rhodes | 1199 | 410.00 | Parking Fines |
| | Deneen Price | 1200 | 3,000.00 | Support Staff(CareerGear) |
| | VOID | 1201 | - | VOID |
| | VOID | 1202 | - | VOID |
| | HomeDepot | DCP | 228.15 | Supplies |
| 9/4/2008 | Louis Henderson | 1203 | 3,000.00 | Compensation to Officer |
| | Aleathia Adams | 1204 | 2,200.00 | Program Manager |
| | Patricia Saunders | 1205 | 1,680.00 | Support Staff |
| | Shirlyn Hallum | 1206 | 1,600.00 | Program Manager |
| | Deneen Price | 1207 | 1,000.00 | Support Staff |
| | Patricia Fox | 1208 | 1,000.00 | Support Staff |
| | Russell Diggs | 1209 | 1,000.00 | Support Staff |
| | Clarence Hodges | 1210 | 105.00 | GED Stipend |
| | Gabriel Burke | 1211 | 14.00 | GED Stipend |
| | Raphael Braddy | 1212 | 56.00 | GED Stipend |
| | Cardell Middlton | 1213 | 56.00 | GED Stipend |
| | VOID | 1214 | - | VOID |
| | Yvette Thompkins | 1215 | 500.00 | Support Staff |
| | VOID | 1216 | - | VOID |
| | VOID | 1217 | - | VOID |
| | VOID | 1218 | - | VOID |
| 9/5/2008 | Southern Management | OLP | 755.00 | |
| 9/6/2008 | DoubleTree Hotel | DCP | 428.42 | Lodging Expense |
| 9/8/2008 | Sunoco Svc Station | POS | 71.50 | |
| | Unidentified | DCP | 24.53 | Misc |
| 9/10/2008 | Macro Systems | 1219 | 494.50 | Computer Support Services |
| | National Auto | DCP | 150.00 | |
| 9/12/2008 | Office Depot | POS | 50.83 | Office Supplies |
| 9/15/2008 | Deneen Price | 1220 | 448.12 | Reimburse Petty Cash |
| | Redwood Biotech | 1121 | 169.50 | Alcohol/Drug Screening |
| | Victor Holt Photography | 1222 | 675.00 | ID Photos |
| | Sprint | OLP | 918.00 | Telephone Cost |
| 9/16/2008 | Louis Henderson | 1223 | 600.00 | Travel Expense |
| 9/18/2008 | Louis Henderson | 1224 | 3,000.00 | Compensation to Officer |
| | Deneen Price | 1225 | 1,680.00 | Support Staff |
| | Shirlyn Hallum | 1226 | 1,400.00 | Program Manager |
| | Patricia Saunders | 1227 | 840.00 | Support Staff |
| | Patricia Fox | 1228 | 493.00 | Support Staff |
| | Gabriel Burke | 1229 | 28.50 | Youthbuild Stipend |
| | Raphael Braddy | 1230 | 96.50 | Youthbuild Stipend |
| | Cardell Middlton | 1231 | 102.00 | Youthbuild Stipend |

Exhibit C　　　　　　　　　　　　　　NAFFCCA, Inc.　　　　　　　　　　US Trustee Monthly Report

|  |  |  |  |  |
|---|---|---|---|---:|
|  | Clarence Hodges | 1232 | 131.50 | Youthbuild Stipend |
|  | Bates Landscaping | 1233 | 65.00 | Lanscaping Service |
|  | Pepco | OLP | 138.71 | Utility Cost |
|  | Unidentified | 1234 | 396.81 |  |
|  | VOID | 1235 | - | VOID |
|  | VOID | 1236 | - | VOID |
|  | VOID | 1237 | - | VOID |
| 9/19/2008 | Sprint | OLP | 880.92 | Telephone Cost |
| 9/26/2008 | WashGas | OLP | 27.70 | Utility Cost |
|  | Sprint | OLP | 78.59 | Telephone Cost |
|  | Kelly & Associates | OLP | 1,130.51 | Insurance Cost |
| 9/29/2008 | Unidentified | POS | 1,407.50 |  |
| 9/30/2008 | DC Treasurer | 1238 | 115.00 | Filing Fee |
|  | DC Treasurer | 1239 | 70.00 | Filing Fee |
|  | DC Treasurer | 1240 | 60.00 | Filing Fee |
|  | Aaron Adams | 1241 | 65.10 | Youthbuild Stipend |
|  | Gabriel Burke | 1242 | 35.00 | Youthbuild Stipend |
|  | Raphael Braddy | 1243 | 140.00 | Youthbuild Stipend |
|  | Menelik Walker | 1244 | 38.65 | Youthbuild Stipend |
|  | Cardell Middlton | 1245 | 147.00 | Youthbuild Stipend |
|  | Clarence Hodges | 1246 | 192.50 | Youthbuild Stipend |
|  | **Total Disbursements** |  | **33,395.04** |  |

**NAAFFCA (Case # 08-00514)**
**US Trustee Basic Monthly Operating Report**
**Exhibit D**
**September 2008**

| Date | Vendor Name | Amt Due |
|---|---|---:|
| 8/20/2008 | Alliance Insurane(General Liability) | 10,280.00 |
| 9/5/2008 | DC-MVA(parking cost) | 265.00 |
| 8/15/2008 | Internal Revenue Service(Payroll Related Taxes) | 53,864.00 |
| 9/1/2008 | Jackson & Associates(Accounting Srvcs) | 2,790.00 |
| 9/22/2008 | LightWave(Office Telephone Service) | 437.85 |
| 9/12/2008 | Macro Systems(Network Support Srvcs) | 1,062.50 |
| 8/25/2008 | Pepco(5505 5th St) | 3,967.21 |
| 8/25/2008 | Pepco(5509 #102) | 952.40 |
| 8/25/2008 | Pepco(5509 #201) | 209.61 |
| 8/25/2008 | Pepco(5509 HSE) | 375.79 |
| 8/25/2008 | Pepco(5509 LOC EMER) | 209.04 |
| 9/20/2008 | Verizon(Phone Service) | 76.20 |
| 8/31/2008 | Wilkins, Clarice | 400.00 |
| | **Totals** | **74,889.60** |

Adams Bank

Page 1 of 2

Sign Out    Options    Help
Change Password
Change Security Data

 Bringing the world of banking to your doorstep 

Summary | Accounts | Funds Management | Print Balances | Transactions | Stop Payments | Documents

60482801: Previous Statement Transactions as of 10/20/2008 1:56 PM

| Date | Transaction Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 09/02/2008 | 1197 | CHECK | 5,843.61 | | 46,869.26 |
| 09/03/2008 | | IPS ACH PROGRAM IPSSTDSETL 023075100103289 | | 1,178.15 | 48,047.41 |
| 09/03/2008 | | POS PURCHASE THE HOME DEPOT #2583 SWASHINGTON DC | 228.15 | | 47,819.26 |
| 09/03/2008 | 1192 | CHECK | 533.47 | | 47,285.79 |
| 09/03/2008 | 1195 | CHECK | 8,000.00 | | 39,285.79 |
| 09/04/2008 | | DEPOSIT | | 3,635.00 | 42,920.79 |
| 09/04/2008 | 1200 | CHECK | 3,000.00 | | 39,920.79 |
| 09/04/2008 | 1175 | CHECK | 100.00 | | 39,820.79 |
| 09/04/2008 | 1199 | CHECK | 410.00 | | 39,410.79 |
| 09/04/2008 | 1191 | CHECK | 1,288.00 | | 38,122.79 |
| 09/05/2008 | | IPS ACH PROGRAM IPSSTDSETL 023075100103289 | | 1,472.75 | 39,595.54 |
| 09/05/2008 | | SOUTHERN MANAGEM DIR DEBIT 8615 204 16 | 755.00 | | 38,840.54 |
| 09/05/2008 | 1204 | CHECK | 2,200.00 | | 36,640.54 |
| 09/08/2008 | | IPS ACH PROGRAM IPSSTDSETL 023075100103289 | | 1,914.65 | 38,555.19 |
| 09/08/2008 | | 09/05 POS PURCHASE 23000598 SUNOCO SVC STATION BALTIMORE MD | 71.50 | | 38,483.69 |
| 09/08/2008 | | IPS ACH DEBIT MEDB083108 023075100103289 | 5.00 | | 38,478.69 |
| 09/08/2008 | | IPS ACH PROGRAM MECR083108 023075100103289 | 19.53 | | 38,459.16 |
| 09/08/2008 | 1208 | CHECK | 1,000.00 | | 37,459.16 |
| 09/08/2008 | 1209 | CHECK | 1,000.00 | | 36,459.16 |
| 09/08/2008 | 1206 | CHECK | 1,600.00 | | 34,859.16 |
| 09/08/2008 | 1203 | CHECK | 3,000.00 | | 31,859.16 |
| 09/08/2008 | 1215 | CHECK | 500.00 | | 31,359.16 |
| 09/08/2008 | 1207 | CHECK | 1,000.00 | | 30,359.16 |
| 09/08/2008 | 1205 | CHECK | 1,680.00 | | 28,679.16 |
| 09/09/2008 | | 09/07 POS PURCHASE 00000001 DOUBLETREE HOTELS PHILADELPHIA PA | 428.42 | | 28,250.74 |
| 09/10/2008 | | IPS ACH PROGRAM IPSSTDSETL 023075100103289 | | 883.55 | 29,134.29 |
| 09/10/2008 | | National Auto Wa PAYMENT 9999 | 150.00 | | 28,984.29 |
| 09/11/2008 | 1212 | CHECK | 56.00 | | 28,928.29 |
| 09/11/2008 | 1213 | CHECK | 56.00 | | 28,872.29 |
| 09/11/2008 | 1210 | CHECK | 105.00 | | 28,767.29 |
| 09/12/2008 | | 09/11 POS PURCHASE 78122373 OFFICE DEPOT #2245 SILVER SPRINGMD | 50.83 | | 28,716.46 |
| 09/15/2008 | | SPRINT8006396111 ACHBILLPAY 850800214 | 918.00 | | 27,798.46 |
| 09/16/2008 | 1211 | CHECK | 14.00 | | 27,784.46 |
| 09/18/2008 | | PEPCO E-BILL 6221373 | 138.71 | | 27,645.75 |
| 09/18/2008 | 1220 | CHECK | 448.12 | | 27,197.63 |
| 09/18/2008 | 21 | CHECK | 179.33 | | 27,018.30 |

https://www.ecorphost.net/FRC_FRC106J/FRC106J

Adams Bank

Page 2 of 2

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 09/18/2008 | 1196 | CHECK | 5,760.00 | 21,258.30 |
| 09/19/2008 | | 09/19 POS PURCHASE 22000037 SPRINT *NEXTEL-CS 800-639-6111 VA | 880.92 | 20,377.38 |
| 09/19/2008 | 1228 | CHECK | 493.00 | 19,884.38 |
| 09/19/2008 | 1226 | CHECK | 1,400.00 | 18,484.38 |
| 09/22/2008 | 1230 | CHECK | 96.50 | 18,387.88 |
| 09/22/2008 | 1231 | CHECK | 102.00 | 18,285.88 |
| 09/22/2008 | 1232 | CHECK | 131.50 | 18,154.38 |
| 09/22/2008 | 1222 | CHECK | 675.00 | 17,479.38 |
| 09/22/2008 | 1224 | CHECK | 3,000.00 | 14,479.38 |
| 09/23/2008 | | DEPOSIT | 17,142.85 | 31,622.23 |
| 09/23/2008 | 1219 | CHECK | 494.50 | 31,127.73 |
| 09/23/2008 | 1223 | CHECK | 600.00 | 30,527.73 |
| 09/23/2008 | 1227 | CHECK | 840.00 | 29,687.73 |
| 09/23/2008 | 1225 | CHECK | 1,680.00 | 28,007.73 |
| 09/26/2008 | | WASHINGTON GAS PAYMENT 2421740016 | 27.70 | 27,980.03 |
| 09/26/2008 | | SPRINT8006396111 ACHBILLPAY XXXXX3889 | 78.59 | 27,901.44 |
| 09/26/2008 | | KELLY & ASSOC 1 KELLY INS 103685 | 1,130.51 | 26,770.93 |
| 09/29/2008 | | IPS ACH PROGRAM IPSSTDSETL 023075100103289 | 2,061.95 | 28,832.88 |
| 09/29/2008 | | 09/26 POS PURCHASE 1 GIFTS IN KIND INTL ALEXANDRIA VA | 1,407.50 | 27,425.38 |
| 09/29/2008 | 1221 | CHECK | 169.50 | 27,255.88 |
| 09/30/2008 | | IPS ACH PROGRAM IPSSTDSETL 023075100103289 | 1,767.35 | 29,023.23 |
| 09/30/2008 | 133654 | CHECK | 834.25 | 28,188.98 |
| 09/30/2008 | | INTEREST | 13.57 | 28,202.55 |
| 09/30/2008 | | SERVICE CHARGE | 2.70 | 28,199.85 |
| Total: | | | (51) 54,582.84 | (9) 30,069.82 |

More Transactions...


Member FDIC
Equal Housing Lender

Privacy

Copyright Information Technology, Inc. 2001 - 2008

https://www.ecornhost.net/FBC_FBC1961/FBC1961...