U.S. Trustee Basic Monthly Operating Report

Case Name: **NAFFCCA, INC.**   Date Filed: **July 28th, 2008**

Case Number: **08-00514**   SIC Code: _____

Month (or portion) covered by this report: **November 2008**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      DATE REPORT SIGNED

**Louis H. Henderson**
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

QUESTIONNAIRE:

|    | | YES | NO |
|----|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | X | |
| 2. | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X |
| 3. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | X |
| 4. | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X |
| 5. | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | | X |
| 6. | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | |
| 7. | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | | X |
| 8. | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 9. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | X |
| 10. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 11. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |
| 12. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | X | |

|    | | Yes | No |
|----|---|:---:|:---:|
| 13. | DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | |
| 14. | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X |
| 15. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | |
| 16. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | X | |

**TAXES**

U.S. Trustee Basic Monthly Operating Report

Case Name: __NAFFCCA, Inc.__  Date Filed: __July 28th, 2008__

Case Number: __08-00514__  SIC Code: _____

Month (or portion) covered by this report: __November 2008__

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____    _____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        DATE REPORT SIGNED

__Louis H. Henderson__
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | X |  |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? |  | X |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? |  | X |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? |  | X |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? |  | X |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | X |  |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? |  | X |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X |  |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? |  | X |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? |  | X |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? |  | X |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | X |  |

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X |  |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? |  | X |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X |  |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | X |  |

TAXES

1

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME $33,898

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES $14,462

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)        $33,898
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)      $14,462

(Subtract The Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH $19,436

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES $25,029

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES -0-

(EXHIBIT E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?            9
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   5

## PROFESSIONAL FEES

2

| | |
|---|---:|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | -0- |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | -0- |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $3,230 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $13,120 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | $2,420 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | $10,800 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---:|
| PROJECTED INCOME FOR THE MONTH: | |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | $54,428 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | $33,898 |
| | $20,530 |
| PROJECTED EXPENSES FOR THE MONTH: | |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | $65,703 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | $14,462 |
| | $51242 |
| PROJECTED CASH PROFIT FOR THE MONTH: | |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | -0- |
| | $19,436 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | $19,436 |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

3

**National Association of Former Foster Care Children of America, Inc.**
**T/A NAFFCCA**
5505 5th Street, NW
Washington DC 20011

### Schdule of Income and Expenses
### Exibit B-Case #08-00514
### For the Period November 1 - November 30, 2008

**Income:**
| | | |
|---|---|---|
| Grants Receipts | $ 28,313.00 | |
| Rent Receipts | $ 3,635.00 | |
| CareerGear Receipts | $ 1,950.00 | |
| Other Receipts | $ - | |
| **Total Receipts** | | $ 33,898.00 |

**Direct Cost:**
| | | |
|---|---|---|
| Salaries & Wages | $ 1,773.12 | |
| Subcontractors | $ - | |
| Professional Fees | $ - | |
| Program Supplies | $ 250.00 | |
| Repairs and Maint | $ - | |
| Transportation/Travel | $ - | |
| Communications Cost | $ 384.00 | |
| Occassional Labor | $ - | |
| Program Stipends | $ 658.00 | |
| Other Direct Costs | $ - | |
| **Total Direct Costs** | | $ 3,065.12 |
| **GROSS INCOME** | | $ 30,832.88 |

**Indirect Cost:**

*Overhead*
| | | |
|---|---|---|
| Salaries and Wages | $ 1,883.94 | |
| Payroll Taxes | $ - | |
| Rents | $ 830.00 | |
| Communications Cost | $ 130.00 | |
| Transportation/Travel | $ - | |
| Insurance | $ 329.81 | |
| Repairs and Maint (bldg) | $ - | |
| Repairs and Maint (eqpmnt) | $ - | |
| Utilities | $ 1,609.45 | |
| Office Supplies and Expense | $ - | |
| Other Overhead Cost | $ 590.05 | |
| **Total Overhead Costs** | | $ 5,373.25 |

*General and Administrative*
| | | |
|---|---|---|
| Salaries and Wages | $ 1,500.00 | |
| Legal and Accounting | $ 1,500.00 | |
| Office Expense | $ - | |
| Interest Expense | $ - | |
| Bank Service Charges | $ 332.71 | |
| Other G & A Cost | $ 2,691.29 | |
| **Total G&A Cost** | | $ 6,024.00 |
| **Total Indirect Costs** | | $ 11,397.25 |
| **NET INCOME (LOSS)** | | $ 19,435.63 |

**NAFFCCA, INC.**
**Adams National Bank**
**Exhibit C - Check Register**
**Case #08-00514**

| Date | Check# | Payee | Check Amount | Purpose |
|---|---|---|---|---|
| 3-Nov | 231 | Comcast Cable | 199.10 | Information Service |
| 5-Nov | 1273 | Shirlynn Hallum | 1,773.12 | Program Manager |
|  | 1274 | Louis Henderson | 1,500.00 | Compensation to Officer |
|  | 1275 | Deneen Price | 1,551.48 | Support Staff |
|  | 1276 | Patrica Saunders | 332.46 | Support Staff |
|  | 1277 | Jackson & Associates | 1,500.00 | Accounting Srvcs Deposit |
|  | 1278 | Menelik Walker | 105.00 | Youthbuild Stipend |
|  | 1279 | Cordell Middleton | 49.00 | Youthbuild Stipend |
|  | 1280 | Clarence Hodges | 182.00 | Youthbuild Stipend |
|  | 1281 | Gabriel Burke | 28.00 | Youthbuild Stipend |
|  | 1282 | Raphael Braddy | 189.00 | Youthbuild Stipend |
|  | 1283 | Aaron Adams | 105.00 | Youthbuild Stipend |
|  | 1284 | Deneen Price | 250.00 | Office Supplies |
|  | 1285 | Void | -- |  |
|  | 1286 | Transbeam | 390.95 | Internet Service |
|  | 1287 | Sprint | 384.00 | Wireless Phone Service |
| 3-Nov | EFT | Washington Gas | 65.27 | Utility Cost |
|  | EFT | Mepco | 112.29 | Insurance |
|  | EFT | Esurance | 329.81 | Insurance |
| 5-Nov | EFT | Southern Management | 830.00 |  |
| 10-Nov | EFT | DCWASA | 1,544.18 |  |
| 13-Nov | EFT | Kingman and Cole | 2,000.00 |  |
| 19-Nov | EFT | GMI Enterprises | 79.00 |  |
| 26-Nov | EFT | Sprint | 130.00 | Wireless Phone Service |
| 28-Nov | EFT | Newloan, LLC. | 500.00 |  |
|  | EFT | Adams Bank | 332.17 | Service Charges |
|  |  |  | **14,461.83** |  |

**NAFFCCA, INC.**
**Exhibit D - Schedule of Unpaid Bills**
**November 2008**
**Case #08-00514**

| Date | Vendor | Amount Due |
|---|---|---|
| 10/5/2008 | Avaya (Computer Network Services) | 1,166.44 |
|  | DCDOES (SUTA) | 694.49 |
| 10/10/2008 | IRS (Payroll Taxes) | 8,632.00 |
|  | Jackson & Associates (Accounting Services) | 3,150.00 |
|  | Lightwave (Telephone Service) | 261.86 |
|  | Macro Systems (Tech Support) | 1,062.50 |
|  | Pepco (Electricity Cost) | 5,376.69 |
|  | Transbeam (Internet Service) | 390.95 |
| 10/25/2008 | Wilkins, Clarice | 800.00 |
| 11/3/2009 | Jackson & Associates (Accounting Services) | 2,430.00 |
|  | Lightwave (Telephone Service) | 264.19 |
|  | Wilkins, Clarice | 800.00 |
|  | Total | 25,029.12 |

**Adams National Bank**

1130 Connecticut Avenue, NW Suite 200
Washington, D.C. 20036
www.adamsbank.com
p: 202-772-3600
f: 202-659-3719

PAGE: 1
ACCOUNT: 60482801   11/28/2008
DOCUMENTS: 10

NATIONAL ASSN OF FORMER FOSTER
CARE CHILDREN OF AMERICA, INC
LOUIS HAYWARD HENDERSON
5505 5TH STREET NW SUITE 500
WASHINGTON DC  20011

COPY

=================================================================
CHINATOWN OFFICE
802 7TH STREET, NW                    TELEPHONE:202-772-3660
WASHINGTON, DC 20001
=================================================================

The Directors, Officers and Employees of the Adams National Bank
sincerely thank you for your continued business this past year,
and wish you every success and happiness in the New Year.
* * * * * * * * * *  H A P P Y   H O L I D A Y S  * * * * * * * * * *

=================================================================
NONPROFIT NOW ACCOUNT 60482801
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 10/31/08 | 10,925.39 |
| WASHINGTON GAS PAYMENT 2421740016 | 65.27 | | 11/03/08 | 10,860.12 |
| Mepco-8003976767 INS-PMNT FSC-066348 | 112.29 | | 11/03/08 | 10,747.83 |
| ESURANCE INSURANCE 2218789 | 329.81 | | 11/03/08 | 10,418.02 |
| CHECK # 231 | 199.10 | | 11/03/08 | 10,218.92 |
| CHECK # 1272 | 915.27 | | 11/03/08 | 9,303.65 |
| IPS ACH PROGRAM IPSSTDSETL 023075100103289 | | 1,030.85 | 11/04/08 | 10,334.50 |
| SOUTHERN MANAGEM DIR DEBIT 8615 204 16 | 830.00 | | 11/05/08 | 9,504.50 |
| CHECK # 1274 | 1,500.00 | | 11/05/08 | 8,004.50 |
| CHECK # 1242 | 35.00 | | 11/06/08 | 7,969.50 |
| CHECK # 1260 | 63.00 | | 11/06/08 | 7,906.50 |
| IPS ACH DEBIT MEDB103108 023075100103289 | 5.00 | | 11/07/08 | 7,901.50 |
| IPS ACH PROGRAM MECR103108 023075100103289 | 17.71 | | 11/07/08 | 7,883.79 |
| CHECK # 1277 | 1,500.00 | | 11/07/08 | 6,383.79 |
| CHECK # 1273 | 1,773.12 | | 11/07/08 | 4,610.67 |
| IPS ACH PROGRAM IPSSTDSETL 023075100103289 | | 588.95 | 11/10/08 | 5,199.62 |
| DC WASA UTIL BILL 0155793 | 1,544.18 | | 11/10/08 | 3,655.44 |
| CHECK # 1278 | 105.00 | | 11/10/08 | 3,550.44 |
| CHECK # 1283 | 105.00 | | 11/10/08 | 3,445.44 |
| CHECK # 1280 | 182.00 | | 11/10/08 | 3,263.44 |

* * *  C O N T I N U E D  * * *

**ADAMS NATIONAL BANK**
1130 Connecticut Avenue, NW Suite 200
Washington, D.C. 20036
www.adamsbank.com
p: 202-772-3600
f: 202-659-3719

ACCOUNT: 60482801
DOCUMENTS: 10

PAGE: 2
11/28/2008

NATIONAL ASSN OF FORMER FOSTER



==========================================================
NONPROFIT NOW ACCOUNT 60482801
==========================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 1282 | 189.00 | | 11/10/08 | 3,074.44 |
| CHECK # 1275 | 1,551.48 | | 11/10/08 | 1,522.96 |
| IPS ACH PROGRAM IPSSTDSETL 023075100103289 | | 294.35 | 11/12/08 | 1,817.31 |
| CHECK # 1284 | 250.00 | | 11/12/08 | 1,567.31 |
| KINGMAN AND COLE ACH TRANS 093810-109555 | 2,000.00 | | 11/13/08 | 432.69- |
| CHECK # 1279 | 49.00 | | 11/13/08 | 481.69- |
| CHECK # 1276 | 332.46 | | 11/13/08 | 814.15- |
| NSF FEE CHARGE | 90.00 | | 11/13/08 | 904.15- |
| RETURNED CHECK# 1276, NSF | | 332.46 | 11/14/08 | 571.69- |
| CHECK # 1286 | 390.95 | | 11/14/08 | 962.64- |
| NSF FEE CHARGE | 30.00 | | 11/14/08 | 992.64- |
| RETURNED CHECK# 1286, NSF | | 390.95 | 11/17/08 | 601.69- |
| 877NEWLOAN, LLC 877NEWLOAN 134176Z, PATRIC | 1,000.00 | | 11/17/08 | 1,601.69- |
| CHECK # 1287 | 384.00 | | 11/17/08 | 1,985.69- |
| NSF FEE CHARGE | 60.00 | | 11/17/08 | 2,045.69- |
| RETURNED CHECK# 1287, NSF | | 384.00 | 11/18/08 | 1,661.69- |
| RETURNED ITEM, INSUFFICIENT FUNDS | | 1,000.00 | 11/18/08 | 661.69- |
| GMI ENTERPRISES GMI ENTERP M2180713837 | 79.00 | | 11/19/08 | 740.69- |
| NSF FEE CHARGE | 30.00 | | 11/19/08 | 770.69- |
| RETURNED ITEM, INSUFFICIENT FUNDS | | 79.00 | 11/20/08 | 691.69- |
| SPRINT8006396111 ACHBILLPAY XXXXX3889 | 130.00 | | 11/20/08 | 821.69- |
| CHECK # 1287 | 384.00 | | 11/20/08 | 1,205.69- |
| NSF FEE CHARGE | 60.00 | | 11/20/08 | 1,265.69- |
| RETURNED ITEM, INSUFFICIENT FUNDS | | 130.00 | 11/21/08 | 1,135.69- |
| RETURNED CHECK# 1287, NSF | | 384.00 | 11/21/08 | 751.69- |
| SPRINT8006396111 RDP ACHBIL XXXXX3889 | 130.00 | | 11/26/08 | 881.69- |
| NSF FEE CHARGE | 30.00 | | 11/26/08 | 911.69- |
| RETURNED ITEM, INSUFFICIENT FUNDS | | 130.00 | 11/28/08 | 781.69- |
| 877NEWLOAN, LLC 877NEWLOAN 134176Z, PATRIC | 500.00 | | 11/28/08 | 1,281.69- |
| INTEREST | | 1.04 | 11/28/08 | 1,280.65- |
| SERVICE CHARGE | 10.00 | | 11/28/08 | 1,290.65- |
| BALANCE THIS STATEMENT | | | 11/28/08 | 1,290.65- |

| | | | |
|---|---|---|---|
| TOTAL CREDITS | (12) | 4,745.60 | MINIMUM BALANCE  2,045.69- |
| TOTAL DEBITS | (38) | 16,961.64 | AVG AVAILABLE BALANCE  2,700.96 |
| | | | AVERAGE BALANCE  2,708.75 |

\*\*\* C O N T I N U E D \*\*\*

**ADAMS NATIONAL BANK**
1130 Connecticut Avenue, NW Suite 200
Washington, D.C. 20036
www.adamsbank.com
p: 202-772-3600
f: 202-659-3719

ACCOUNT:       60482801
DOCUMENTS:           10

PAGE:         3
11/28/2008

NATIONAL ASSN OF FORMER FOSTER

=========================================================================
                        YOUR CHECKS SEQUENCED
=========================================================================

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/03 | 231* | 199.10 | 11/10 | 1275 | 1,551.48 | 11/10 | 1282 | 189.00 |
| 11/06 | 1242* | 35.00 | 11/13 | 1276 | 332.46 | 11/10 | 1283 | 105.00 |
| 11/06 | 1260* | 63.00 | 11/07 | 1277 | 1,500.00 | 11/12 | 1284* | 250.00 |
| 11/03 | 1272 | 915.27 | 11/10 | 1278 | 105.00 | 11/14 | 1286 | 390.95 |
| 11/07 | 1273 | 1,773.12 | 11/13 | 1279 | 49.00 | 11/17 | 1287* | 384.00 |
| 11/05 | 1274 | 1,500.00 | 11/10 | 1280* | 182.00 | 11/20 | 1287 | 384.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - I N T E R E S T - - - - - - - - - -

AVERAGE LEDGER BALANCE:          2,708.75    INTEREST EARNED:                 1.04
INTEREST PAID THIS PERIOD:           1.04    DAYS IN PERIOD:                    28
INTEREST PAID 2008:                 46.83    ANNUAL PERCENTAGE YIELD EARNED:  .50%

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR MAINTENANCE FEE:                    10.00

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| NSF PAID ITEM FEE: | 60.00 | 60.00 |
| NSF RETURNED ITEM FEE: | 240.00 | 240.00 |
| OVERDRAFT FEES: | .00 | .00 |