**U.S. Trustee Basic Monthly Operating Report**

Case Name: __NAFFCCA, Inc.__　　　　　　Date Filed: __July 28th, 2008__

Case Number: __08-00514__　　　　　　　　SIC Code: _____

Month (or portion) covered by this report: __March 2009__

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_/s/ Louis H. Henderson_　　　　　　　　　　　　_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY　　　DATE REPORT SIGNED

__Louis H. Henderson__
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☒ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☒ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☒ | ☐ |

TAXES

1

DO YOU HAVE ANY PAST DUE TAX RETURNS OR POST PETITION TAX
OBLIGATIONS?
IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an
automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME  27.00

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of
the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES  43,850

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)    27
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  43,850

(Subtract The Total from Exhibit C from the Total of Exhibit B)
CASH PROFIT FOR THE MONTH  ( 43,823 )

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES  22,439

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  -0-

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?              9
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  4

### PROFESSIONAL FEES

2

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | -0- |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | 5,940 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | 990 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | 20,985 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 990 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | 17,865 |

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | 54,428 |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | 27 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | 54,401 |
| PROJECTED EXPENSES FOR THE MONTH: | 65,703 |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | 43,850 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | 21,853 |
| PROJECTED CASH PROFIT FOR THE MONTH: | -0- |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | -0- |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | -0- |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

**National Association of Former Foster
Care Children of America, Inc.
T/A NAFFCCA
5505 5th Street, NW
Washington DC 20011**

**Past Due Post Petition Tax Obligations
Exibit A-Case #08-00514**

| | |
|---|---|
| Federal Form 941 4th Qtr2006 | $ 91,245.00 |
| Federal Form 941 4th Qtr2007 | $ 24,320.00 |
| Federal Form 941 1st Qtr2008 | $ 14,118.00 |
| Federal Form 941 2nd Qtr2008 | $ 15,426.00 |
| Federal Form 941 3rd Qtr2008 | $ 8,632.00 |
| DCDOES (SUTA) 4th Qtr2007 | $ 532.00 |
| DCDOES (SUTA) 1st Qtr2008 | $ 1,586.00 |
| DCDOES (SUTA) 2nd Qtr2008 | $ 694.00 |
| | $ 156,553.00 |

**National Association of Former Foster
Care Children of America, Inc.
T/A NAFFCCA
5505 5th Street, NW
Washington DC  20011**

**Schdule of Income and Expenses
Exibit B-Case #08-00514
For the Period Mar 1 - Mar 31 28, 2009**

| | | | |
|---|---|---|---|
| **Income:** | | | |
| Grants Receipts | $ | - | |
| Rent Receipts | $ | - | |
| CareerGear Receipts | $ | - | |
| Other Receipts | $ | 27.00 | |
| **Total Receipts** | | | $    27.00 |
| | | | |
| **Direct Cost:** | | | |
| Salaries & Wages | $ | 10,963.00 | |
| Subcontractors | $ | 1,500.00 | |
| Professional Fees | $ | - | |
| Program Supplies | $ | - | |
| Repairs and Maint | $ | 1,695.00 | |
| Program Relocation | $ | 5,046.00 | |
| Communications Cost | $ | 975.00 | |
| Occassional Labor | $ | - | |
| Program Stipends | $ | - | |
| Other Direct Costs | $ | 2,563.00 | |
| **Total Direct Costs** | | | $   22,742.00 |
| | | | |
| **GROSS INCOME** | | | $  (22,715.00) |
| | | | |
| **Indirect Cost:** | | | |
| Overhead | | | |
| Salaries and Wages | $ | 6,557.00 | |
| Payroll Taxes | $ | - | |
| Rents | $ | 4,000.00 | |
| Communications Cost | $ | - | |
| Transportation/Travel | $ | - | |
| Insurance | $ | 2,308.00 | |
| Repairs and Maint (bldg) | $ | 1,671.00 | |
| Repairs and Maint (eqpmnt) | $ | - | |
| Utilities | $ | 2,501.00 | |
| Office Supplies and Expense | $ | 535.00 | |
| Other Overhead Cost | $ | 1,105.00 | |
| **Total Overhead Costs** | | | $   18,677.00 |
| | | | |
| General and Administrative | | | |
| Salaries and Wages | $ | 1,690.00 | |
| Legal and Accounting | $ | - | |
| Office Expense | $ | 739.00 | |
| Interest Expense | $ | - | |
| Bank Service Charges | $ | 2.00 | |
| Other G & A Cost | $ | - | |
| **Total G&A Cost** | | | $    2,431.00 |
| | | | |
| **Total Indirect Costs** | | | $   21,108.00 |
| | | | |
| **NET INCOME (LOSS)** | | | $  (43,823.00) |

**NAFFCCA, INC.**
**Adams National Bank**
**Exhibit C - Check Register**
**Case #08-00514**

| Date | Check# | Payee | Check Amount | Purpose |
|---|---|---|---:|---|
| 6-Mar | 1296 | | 221.64 | Payroll Cost |
| | 1302 | | 1,637.29 | Payroll Cost |
| | 1303 | | 1,047.75 | Payroll Cost |
| | 1304 | | 221.64 | Payroll Cost |
| | 1306 | | 221.64 | Payroll Cost |
| | EFT | ACH DBTS | 18.63 | |
| 9-Mar | 1307 | | 1,182.08 | Payroll Cost |
| | 1308 | | 224.77 | Payroll Cost |
| | 1309 | | 3,000.00 | |
| | 1310 | | 975.00 | |
| | 1311 | | 360.00 | |
| | 1312 | | 430.00 | |
| | 1313 | | 1,690.37 | |
| 11-Mar | EFT | Broadview Net | 734.07 | |
| | 1314 | | 2,501.14 | |
| | 1315 | | 2,308.75 | |
| | 1317 | | 1,127.43 | |
| | 1318 | | 738.80 | |
| | 1319 | | 2,308.75 | |
| | 1320 | | 780.20 | |
| | 1325 | | 155.00 | |
| 16-Mar | EFT | DCWASA | 3.92 | Utilities Cost |
| | 1326 | | 7,421.00 | |
| | 1327 | | 750.00 | |
| | 1328 | | 1,000.00 | |
| | 1329 | | 534.93 | |
| | 1330 | | 200.00 | |
| | 1331 | | 1,671.14 | |
| | 1332 | | 1,108.20 | |
| | 1333 | | 673.23 | |
| | 1334 | | 2,501.14 | |
| | 1335 | | 1,100.00 | |
| | 1301 | | 5,000.00 | |
| 31-Mar | EFT | Adams Bank | 1.80 | Service Charges |
| | | | 43,850.31 | |

**NAFFCCA, INC.**
**Exhibit D - Schedule of Unpaid Bills**
**March 2009**
**Case #08-00514**

| Date | Vendor | Amount Due |
|---|---|---|
| 10/5/2008 | Avaya (Computer Network Services) | 1,166.44 |
| | DCDOES (SUTA) | 694.49 |
| 10/10/2008 | IRS (Payroll Taxes) | 8,632.00 |
| | Lightwave (Telephone Service) | 261.86 |
| | Macro Systems (Tech Support) | 1,062.50 |
| | Pepco (Electricity Cost) | 5,376.69 |
| | Transbeam (Internet Service) | 390.95 |
| 11/3/2009 | Jackson & Associates (Accounting Services) | 2,430.00 |
| | Lightwave (Telephone Service) | 264.19 |
| 12/10/2008 | Jackson & Associates (Accounting Services) | 2,160.00 |
| | Total | 22,439.12 |

APR-2-2009 01:38 FROM: TO:13017829947 P.1/7

Case 08-00514-SMT   Doc 109   Filed 04/21/09   Entered 04/21/09 11:07:15   Desc Main
Document   Page 8 of 10

PAGE:   1
ACCOUNT:   60482801   03/31/2009
DOCUMENTS:   36

NATIONAL ASSN OF FORMER FOSTER
CARE CHILDREN OF AMERICA, INC
LOUIS HAYWARD HENDERSON
5505 5TH ST NW STE 500
WASHINGTON DC  20011-6536

================================================================================

CHINATOWN OFFICE                              TELEPHONE:202-772-3660
802 7TH STREET, NW
WASHINGTON, DC 20001

================================================================================

CARDHOLDER NOTICE: As a member of the STAR Network, Adams National Bank's
Visa branded debit cards allow transactions to be initiated without a
PIN. Merchants must provide a clear way of choosing to make a Visa Debit
Card transaction if they support this option.
Transactions completed outside the Visa Network may not carry the same
terms as those processed over the Visa Network.
For more information please contact your local branch office.

================================================================================
                       NONPROFIT NOW ACCOUNT 60482801
================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | ............... | ............... | 02/27/09 | 98,661.86 |
| CHECK # 1296 | 221.64 | | 03/02/09 | 98,440.22 |
| CHECK # 1308 | 224.77 | | 03/02/09 | 98,215.45 |
| CHECK # 1309 | 3,000.00 | | 03/03/09 | 95,215.45 |
| CHECK # 1311 | 360.00 | | 03/04/09 | 94,855.45 |
| CHECK # 1310 | 975.00 | | 03/04/09 | 93,880.45 |
| IPS ACH DEBIT MEDB022809 023075100103289 | 5.00 | | 03/06/09 | 93,875.45 |
| IPS ACH PROGRAM MECR022809 023075100103289 | 13.63 | | 03/06/09 | 93,861.82 |
| CHECK # 1314 | 2,501.14 | | 03/06/09 | 91,360.68 |
| CHECK # 1303 | 1,047.75 | | 03/06/09 | 90,312.93 |
| CHECK # 1302 | 1,637.29 | | 03/06/09 | 88,675.64 |
| CHECK # 1304 | 221.64 | | 03/09/09 | 88,454.00 |
| CHECK # 1306 | 221.64 | | 03/09/09 | 88,232.36 |
| CHECK # 1307 | 1,182.08 | | 03/09/09 | 87,050.28 |
| CHECK # 1313 | 1,690.37 | | 03/09/09 | 85,359.91 |
| BROADVIEW NET 8002762384 XXXXX1774 1322 | 734.07 | | 03/11/09 | 84,625.84 |
| CHECK # 1320 | 780.20 | | 03/11/09 | 83,845.64 |
| CHECK # 1316 | 1,108.20 | | 03/12/09 | 82,737.44 |

* * *  C O N T I N U E D  * * *

APR-2-2009 01:38 FROM: TO:13017829947 P.2/7

Case 08-00514-SMT   Doc 109   Filed 04/21/09   Entered 04/21/09 11:07:15   Desc Main
Document   Page 9 of 10

PAGE:    2
ACCOUNT:           60482801   03/31/2009
DOCUMENTS:                36

NATIONAL ASSN OF FORMER FOSTER

================================================================
NONPROFIT NOW ACCOUNT 60482801
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 1315 | 2,308.75 | | 03/12/09 | 80,428.69 |
| CHECK # 1328 | 1,000.00 | | 03/13/09 | 79,428.69 |
| CHECK # 1325 | 155.00 | | 03/13/09 | 79,273.69 |
| DC WASA UTIL BILL 0155793 | 3.92 | | 03/16/09 | 79,269.77 |
| CHECK # 1327 | 750.00 | | 03/16/09 | 78,519.77 |
| CHECK # 1312 | 430.00 | | 03/17/09 | 78,089.77 |
| CHECK # 1326 | 7,421.00 | | 03/17/09 | 70,668.77 |
| CHECK # 1330 | 200.00 | | 03/18/09 | 70,468.77 |
| CHECK # 1305 | 221.64 | | 03/18/09 | 70,247.13 |
| CHECK # 1329 | 534.93 | | 03/18/09 | 69,712.20 |
| CHECK # 1332 | 1,108.20 | | 03/20/09 | 68,604.00 |
| CHECK # 1319 | 2,308.75 | | 03/20/09 | 66,295.25 |
| CHECK # 1334 | 2,501.14 | | 03/23/09 | 63,794.11 |
| CHECK # 1339 | 72.00 | | 03/23/09 | 63,722.11 |
| CHECK # 1333 | 673.23 | | 03/23/09 | 63,048.88 |
| CHECK # 1335 | 1,100.00 | | 03/23/09 | 61,948.88 |
| CHECK # 1331 | 1,671.17 | | 03/23/09 | 60,277.71 |
| CHECK # 1338 | 130.00 | | 03/24/09 | 60,147.71 |
| CHECK # 1318 | 738.80 | | 03/24/09 | 59,408.91 |
| CHECK # 1317 | 1,127.43 | | 03/26/09 | 58,281.48 |
| CHECK # 1340 | 210.44 | | 03/27/09 | 58,071.04 |
| CHECK # 1341 | 411.00 | | 03/27/09 | 57,660.04 |
| CHECK # 1344 | 750.00 | | 03/27/09 | 56,910.04 |
| INTEREST | | 26.59 | 03/31/09 | 56,936.63 |
| SERVICE CHARGE | 1.80 | | 03/31/09 | 56,934.83 |
| BALANCE THIS STATEMENT | ......... | ......... | 03/31/09 | 56,934.83 |

| | | | |
|---|---|---|---|
| TOTAL CREDITS (1) | 26.59 | MINIMUM BALANCE | 56,910.04 |
| TOTAL DEBITS (41) | 41,753.62 | AVG AVAILABLE BALANCE | 75,836.98 |
| | | AVERAGE BALANCE | 75,836.98 |

================================================================
YOUR CHECKS SEQUENCED
================================================================

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03/02 | 1296* | 221.64 | 03/02 | 1308 | 224.77 | 03/12 | 1315 | 2,308.75 |
| 03/06 | 1302 | 1,637.29 | 03/03 | 1309 | 3,000.00 | 03/12 | 1316 | 1,108.20 |
| 03/06 | 1303 | 1,047.75 | 03/04 | 1310 | 975.00 | 03/26 | 1317 | 1,127.43 |
| 03/09 | 1304 | 221.64 | 03/04 | 1311 | 360.00 | 03/24 | 1318 | 738.80 |
| 03/18 | 1305 | 221.64 | 03/17 | 1312 | 430.00 | 03/20 | 1319 | 2,308.75 |
| 03/09 | 1306 | 221.64 | 03/09 | 1313 | 1,690.37 | 03/11 | 1320* | 780.20 |
| 03/09 | 1307 | 1,182.08 | 03/06 | 1314 | 2,501.14 | 03/13 | 1325 | 155.00 |

* * * CONTINUED * * *

```
                                                                    PAGE:     3
                                        ACCOUNT:           60482801  03/31/2009
                                        DOCUMENTS:               36
```

NATIONAL ASSN OF FORMER FOSTER

============================================================================
YOUR CHECKS SEQUENCED
============================================================================

```
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

03/17     1326    7,421.00  03/23    1331    1,671.17   03/24     1338      130.00
03/16     1327      750.00  03/20    1332    1,108.20   03/23     1339       72.00
03/13     1328    1,000.00  03/23    1333      673.23   03/27     1340      210.44
03/18     1329      534.93  03/23    1334    2,501.14   03/27     1341*     411.00
03/18     1330      200.00  03/23    1335    1,100.00   03/27     1344      750.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - I N T E R E S T - - - - - - - - - -

```
AVERAGE LEDGER BALANCE:       75,836.98   INTEREST EARNED:                 26.59
INTEREST PAID THIS PERIOD:        26.59   DAYS IN PERIOD:                     32
INTEREST PAID 2009:               56.10   ANNUAL PERCENTAGE YIELD EARNED:   .40%
```

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR:                                         1.80

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

```
                                    THIS PERIOD      YEAR TO DATE
NSF PAID ITEM FEE:                         .00               .00
NSF RETURNED ITEM FEE:                     .00             60.00
OVERDRAFT FEES:                            .00               .00
```